Janice M. Michaels
Nevada Bar No. 6062
jmichaels@wshblaw.com
Brooke A. Bohlke
Nevada Bar No. 9374
bbohlke@wshblaw.com
Analise N. Martinez
Nevada Bar No. 13185
amartinez@wshblaw.com
Nevada Bar No. 13185
Marian L Massey
Nevada Bar No. 14579
mmassey@wshblaw.com
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendant
MV TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONIE ROBINSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>MV TRANSPORTATION, INC.; DOE BUS OPERATOR; DOE BUS DRIVER; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01491-RFB-PAL<br><br>**STIPULATION AND REQUEST TO EXTEND DISCOVERY DEADLINE (THIRD REQUEST)**<br><br>Trial Date: None Set |

In accordance with the Federal Rules of Civil Procedure and Local Rule 26-4, Plaintiff Tonie Robinson ("Plaintiff") and Defendant MV Transportation, Inc. ("MV") hereby stipulate and agree to and jointly move this Honorable Court for an Order extending the discovery cut-off by forty-five (45) days until May 11, 2018 for the sole purpose of taking the depositions of Plaintiff's Expert, Dr. Jason Garber, and the dispositive motion deadline as follows:

/ / /

/ / /

LEGAL:10640-0209/8720000.1

## I. STATEMENT OF FACTS

This case arises out of an alleged incident that occurred on November 2, 2015, while Plaintiff was a passenger of a bus operated by MV. According to the Complaint, Plaintiff Tonie Robinson, was a passenger on a bus and sustained injuries as a result of the bus driver failing to properly secure her three-wheel motorized scooter prior to driving and making an erratic turn at an unsafe speed, causing Plaintiff to fall out of her chair onto the floor.

After the matter was removed to federal court, the parties engaged in an FRCP 26 conference with timely submission of a joint proposed scheduling order that complied with the rules. Due to the extensive medical treatment and disclosure of significant pre-existing conditions by Plaintiff, the parties stipulated to extend discovery on September 21, 2017. As a result of this initial stipulation, significant progress towards completing discovery in this matter has occurred. The parties again stipulated to extend discovery on February 2, 2018 in light of expert unavailability, newly disclosed witness depositions, and the necessity of obtaining records for newly disclosed medical providers.

The parties have been working together and coordinating discovery requests to ensure all discovery is timely completed. However, Plaintiff recently communicated that her expert, Dr. Garber had a family emergency and would not be able to attend his currently noticed March 8, 2018 deposition. Dr. Garber also indicated that he did not have availability until May 2018 for his deposition. As a result, the parties request an extension of the current deadline by forty-five (45) days until May 11, 2018 for the limited purpose of taking Dr. Garber's deposition.

## II. DISCOVERY COMPLETED:

The parties have been able to complete a significant amount of discovery to date. In this time period, the parties have participated in the Early Case Conference pursuant to FRCP 26. After discovery opened, each side began to deposit their disclosures. As to Rule 26 disclosures:

| PARTY | DISCLOSURE | DATE SERVED |
|---|---|---|
| Plaintiff | Initial | August 21, 2017 |
| | 1st Supplement | September 13, 2017 |
| | 2nd Supplement | December 15, 2017 |

| | | |
|---|---|---|
| Defendant | Initial | August 11, 2017 |
| | 1st Supplement | October 6, 2017 |
| | 2nd Supplement | October 13, 2017 |
| | 3rd Supplement | October 17, 2017 |
| | 4th Supplement | December 1, 2017 |
| | 5th Supplement | December 21, 2017 |
| | 6th Supplement | January 12, 2018 |
| | 7th Supplement | January 18, 2018 |
| | 8th Supplement | January 18, 2018 |
| | 9th Supplement | January 25, 2018 |
| | 10th Supplement | February 21, 2018 |
| | 11th Supplement | February 27, 2018 |

The parties have also been able to make considerable progress with respect to written discovery:

| PROPOUNDED BY | DATE SERVED | DOCUMENT | PROPOUNDED UPON | DATE RESPONDED |
|---|---|---|---|---|
| Plaintiff | August 8, 2017 | First Set of Interrogatories | Defendant | September 14, 2017 |
| | August 8, 2017 | First Set of Request for Production of Documents | Defendant | September 14, 2017 |
| Defendant | August 11, 2017 | First Set of Interrogatories | Plaintiff | September 14, 2017 |
| | August 11, 2017 | First Set of Request for Production of Documents | Plaintiff | September 14, 2017 |
| | August 11, 2017 | First Set of Request for Admissions | Plaintiff | September 13, 2017 |

|   | September 28, 2017 | Second Set of Request for Production of Documents | Plaintiff | November 6, 2017 |
|---|---|---|---|---|
|   | November 9, 2017 | Third Set of Request for Production of Documents | Plaintiff | December 12, 2017 |
|   | January 18, 2018 | Fourth Set of Request for Production for Documents | Plaintiff | February 12, 2018 |

The parties have also complied with expert disclosure deadlines:

| PARTY | DISCLOSURE | DATE SERVED |
|---|---|---|
| Plaintiff | Initial | August 29, 2017 |
| Defendant | Initial | September 28, 2017 |
|   | 1st Supplement | November 27, 2017 |
|   | 2nd Supplement | December 4, 2017 |

The parties have also completed and/or scheduled numerous depositions:

| DEPONENT | DATE OF DEPOSITION |
|---|---|
| Tonie Robinson (Plaintiff) | January 11, 2018 |
| Kirby Ossowski (witness) | January 26, 2017 |
| MV Transportation, Inc.'s FRCP 30(b)(6) (Defendant) | February 13, 2018 |
| Dr. Lanzkowsky (Plaintiff's expert) | March 14, 2018 |
| George Spears (witness) | March 19, 2018 |
| Dr. Garber (Plaintiff's expert) | May 10, 2018 |

### III. DISCOVERY THAT REMAINS TO BE COMPLETED:

The parties request the discovery cut-off be extended by forty-five (45) days until May 11, 2018 for the limited purpose of completing the deposition Plaintiff's expert Dr. Garber.

This recitation of discovery to be completed is not intended to be limiting, but it is set forth to advise the Court of remaining discovery.

### IV. THE REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN:

The parties are actively working together to complete discovery in this case in accordance with the current discovery schedule. As referenced above, substantial discovery has been completed to date. However, it has come to the parties attention that Plaintiff's expert Dr. Garber, due to limited availability, will not be available until after the current deadline for discovery. The parties ask the discovery cut-off deadline be extended by forty-five (45) days until May 11, 2018 for the sole purpose of completing Dr. Garber's deposition.

### V. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Discovery Cut-off | March 27, 2018 | May 11, 2018 (for the sole purpose of taking Dr. Garber's deposition) |
| Dispositive Motions | April 27, 2018 | June 11, 2018 |
| Trial Order | May 29, 2018 | July 13, 2018 |

**IT IS SO STIPULATED.**

Dated: March 6, 2018                                Dated: March 6, 2018

**WOOD, SMITH, HENNING & BERMAN, LLP**              **RICHARD HARRIS LAW FIRM**

By: /s/ Analise N. Martinez                         By: /s/ Johnathan Leavitt
    BROOKE A. BOHLKE, ESQ.                              JOHNATHAN LEAVITT, ESQ.
    Nevada Bar No. 9374                                 Nevada Bar No. 13172
    ANALISE N. MARTINEZ, ESQ.                           801 South Fourth Street
    Nevada Bar No. 13185                                Las Vegas, NV 89101
    7674 West Lake Mead Blvd.
    Suite 150                                       ***Attorney for Plaintiff,***
    Las Vegas, NV 89128-6652                        ***Tonie Robinson***

***Attorneys for Defendant,***
***MV Transportation, Inc.***

/ / /

Upon Stipulation of counsel and good cause appearing, the extension of the discovery cut-off by forty-five (45) days until May 11, 2018 for the sole purpose of taking the deposition of Plaintiff's expert, Dr. Garber and the dispositive motion deadline as follows is granted.

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Discovery Cut-off | January 26, 2018 | May 11, 2018 |
| Dispositive Motions | April 27, 2018 | June 11, 2018 |
| Trial Order | May 29, 2018 | July 13, 2018 |

**IT IS SO ORDERED**

DATED: this 8th day of March, 2018.

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2018, a true and correct copy of **STIPULATION AND REQUEST TO EXTEND DISCOVERY DEADLINES (THIRD REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _____
Cindy A. Mulder, An Employee of
WOOD, SMITH, HENNING & BERMAN LLP