IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Ian@RichardHarrisLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONIE ROBINSON,<br><br>   Plaintiff,<br><br>vs.<br><br>MV TRANSPORTATION, INC.; DOE BUS OPERATOR; DOE BUS DRIVER; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>   Defendants. | CASE NO.: 2:17-cv-01491-RFB-PAL<br><br>**MOTION TO REMOVE ATTORNEYS FROM THE SERVUCE LIST** |

  Plaintiff TONIE ROBINSON ("Plaintiff"), by and through her attorney of record Ian C. Estrada, Esq., of the RICHARD HARRIS LAW FIRM, hereby request that Johnathan Myron Leavitt, Esq. and David J. Martin be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Johnathan Myron Leavitt, Esq. is no longer working on this case and David J. Martin, Esq. is no longer with the Richard Harris Law Firm. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this 19th day of March, 2018.

**RICHARD HARRIS LAW FIRM**
/s/ *Ian C. Estrada*
_____
IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED this 21st day of March, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of RICHARD HARRIS LAW FIRM and that on this 19th day of March, 2018, I served a copy of the foregoing, **MOTION TO REMOVE ATTORNEYS FROM THE SERVUCE LIST**, in Tonie Robinson v. MV Transportation, Inc., United States District Court Case No. 2:17-cv-01491-RFB-PAL, as follows:

[ X ]   Electronic Service – in accordance with FRCP Rule 5(b)(2)(E).

[   ]   U.S. Mail—By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below; and/or

[   ]   Hand Delivery—By hand-delivery to the addresses listed below.

Janice M. Michaels, Esq.
Brooke A. Bohlke, Esq.
Analise N. Martinez, Esq.
WOOD SMITH HENNING & BERMAN, LLP
7674 West Lake Mead Blvd., Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702-251-4100
Facsimile: 702-251-5405
*Attorneys for Defendant*
*MV TRANSPORTATION, INC.*

/s/ *Kellene McKay*
_____
Kellene McKay
An employee of RICHARD HARRIS LAW FIRM
Email: Kellene@richardharrislaw.com

3