Janice M. Michaels
Nevada Bar No. 6062
jmichaels@wshblaw.com
Brooke A. Bohlke
Nevada Bar No. 9374
bbohlke@wshblaw.com
Analise N. Martinez
Nevada Bar No. 13185
amartinez@wshblaw.com
Nevada Bar No. 13185
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendant,
MV TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONIE ROBINSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>MV TRANSPORTATION, INC.; DOE BUS OPERATOR; DOE BUS DRIVER; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01491-RFB-PAL<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S SECOND CAUSE OF ACTION WITH PREJUDICE AND VACATING BRIEFING SCHEDULE**<br><br>Trial Date:    None Set |

COMES NOW Plaintiff, TONIE ROBINSON, ("Plaintiff"), by and through his counsel of record, Richard Harris Law Firm, Defendant MV TRANSPORTATION, INC., by and through its counsel of record, Wood, Smith, Henning & Berman LLP, and hereby stipulate and agree to the following:

/ / /

/ / /

/ / /

LEGAL:10640-0209/8670748.1

THE PARTIES HEREBY STIPULATE AND AGREE that Plaintiff's Second Cause of Action, asserting a violation of the Americans With Disabilities Act (ADA) 42 U.S.C. § 12, 101 et. seq., is hereby dismissed with prejudice.

THE PARTIES FURTHER STIPULATE AND AGREE that the briefing schedule ~~and hearing~~ associated with MV Transportation, Inc.'s Motion for Partial Summary Judgment regarding Plaintiff's Second Cause of Action, asserting a violation of the Americans With Disabilities Act (ADA) 42 U.S.C. § 12, 101 et. seq., filed with the Court on February 13, 2018, Document Number 22, is hereby vacated. IT IS FURTHER ORDERED that MV Transportation, Inc.'s Motion for Partial Summary Judgment is DENIED as moot.

**IT IS SO STIPULATED.**

| DATED this 27th day of February, 2018 | DATED this 27th day of February, 2018 |
|---|---|
| WOOD SMITH HENNING & BERMAN, LLP | RICHARD HARRIS LAW FIRM |
| */s/ Analise N. Martinez* | */s/ David J. Martin* |
| Brooke A. Bohlke<br>Nevada Bar No. 9374<br>Analise N. Martinez<br>Nevada Bar No. 13185<br>***Attorneys for Defendant***<br>***MV TRANSPORTATION, INC.*** | David J. Martin, Esq.<br>Nevada Bar No. 9117<br>***Attorneys for Plaintiff***<br>***TONIE ROBINSON*** |

**IT IS SO ORDERED.**

Dated this 21st day of March, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2018, a true and correct copy of **STIPULATION AND ORDER DISMISSING PLAINTIFF'S SECOND CAUSE OF ACTION WITH PREJUDICE AND VACATING BRIEFING SCHEDULE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By */s/ Cindy A. Mulder*
An Employee of WOOD, SMITH, HENNING & BERMAN LLP