IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: Ian@RichardHarrisLaw.com
*Attorneys for Plaintiff*

1
2
3
5
6
7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

9
10

| | |
|---|---|
| TONIE ROBINSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>MV TRANSPORTATION, INC.; DOE BUS OPERATOR; DOE BUS DRIVER; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendants. | CASE NO.:    2:17-cv-01491-RFB-PAL<br><br><br>**MOTION TO EXTEND JULY 17, 2018 HEARING DATE** |

11
12
13
14
15
16
17
18

        Plaintiff, by and through her counsel of record, Ian C. Estrada of the Richard Harris Law

Firm, hereby moves this Court to extend the hearing set for July 17, 2018 regarding the parties'

Stipulation for Extension of Time (Fourth Request). The undersigned Plaintiff Counsel is

unavailable on July 17, 2018 due to calendar conflict. This request is made in good faith and not

being for purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

19
20
21
22
23
24
25
26
27
28

RICHARD HARRIS
LAW FIRM

1

Plaintiff Counsel has communicated with Defense Counsel, Brooke Bohlke, who has confirmed that she does not oppose extending the hearing date.

Based on the foregoing, Plaintiff respectfully request that the Court extend the July 17, 2018 hearing date.

DATED this 12th day of July, 2018.

**RICHARD HARRIS LAW FIRM**
/s/ *Ian C. Estrada*

_____
IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER

Plaintiff's Motion to Continue Hearing (ECF No. 39) is GRANTED. The Motion Hearing currently set for July 17, 2018, at 9:15 AM , is RESET for **August 14, 2018, at 9:15 AM** in LV Courtroom 3B before Magistrate Judge Peggy A. Leen.

Dated this 13th day of July , 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2