Brooke A. Bohlke
Nevada Bar No. 9374
Analise N. M. Tilton
Nevada Bar No. 13185
Marian L Massey
Nevada Bar No. 14579
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405
bbohlke@wshblaw.com
atilton@wshblaw.com
mmassey@wshblaw.com

Attorneys for Defendant,
MV TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONIE ROBINSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>MV TRANSPORTATION, INC.; DOE BUS OPERATOR; DOE BUS DRIVER; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01491-RFB-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**<br><br>Trial Date: None Set |

Defendant, MV TRANSPORTATION, INC. ("Defendant"), by and through its attorneys of record, Brooke A. Bohlke, Esq.; Analise N. M. Tilton, Esq.; and Marian L. Massey, Esq. of Wood, Smith, Henning & Berman, LLP, hereby request that Janice M. Michaels, Esq. be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEGAL:10640-0209/14013672.1

Case No. 2:17-cv-01491-RFB-BNW

MOTION TO REMOVE ATTORNEY FROM SERVICE LIST

Janice M. Michaels, Esq. is no longer working on this case. Given the continuing appearance of this Firm's attorneys on behalf of Defendant, no party will be prejudiced by the Counsel's withdrawal.

DATED: March 9, 2020　　　　　　　　WOOD, SMITH, HENNING & BERMAN LLP

By: */S/ Brooke A. Bohlke*
BROOKE A. BOHLKE
ANALISE N. M. TILTON
MARIAN L. MASSEY
Attorneys for Defendant,
MV TRANSPORTATION, INC.

**IT IS SO ORDERED**

**DATED: March 10, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2020, a true and correct copy of **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Raeann M. Todd*

Raeann M. Todd, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP