Brooke A. Bohlke
Nevada Bar No. 9374
bbohlke@wshblaw.com
Analise N. M. Tilton
Nevada Bar No. 13185
atilton@wshblaw.com
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendant,
MV Transportation, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT O. MCMASTER, SPECIAL ADMINISTRATOR FOR THE ESTATE OF TONIE ROBINSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>MV TRANSPORTATION, INC.; DOE BUS OPERATOR; DOE BUS DRIVER; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01491-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Robert O. McMaster, Special Administrator for the Estate of Tonie Robinson, and Defendant MV Transportation, Inc., by and through their undersigned counsel, and hereby stipulate to dismissal of this entire action, with prejudice, with each party to bear its own attorneys' fees and costs.

This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

/ / /

/ / /

/ / /

|   |   |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 |   |
| 3 | Dated: February 28, 2022           Dated: February 28, 2022 |

**WOOD, SMITH, HENNING & BERMAN, LLP**       **RICHARD HARRIS LAW FIRM**

By: */s/Brooke A. Bohlke, Esq.*        By: */s/Ian Estrad, Esq.*

BROOKE A. BOHLKE, ESQ.
Nevada Bar No. 9374
ANALISE N. M. TILTON, ESQ.
Nevada Bar No. 13185
7674 West Lake Mead Blvd.
Suite 150
Las Vegas, NV 89128-6652

*Attorneys for Defendant,
MV Transportation, Inc.*

IAN ESTRADA, ESQ.
Nevada Bar No. 12575
801 South Fourth Street
Las Vegas, NV 89101

*Attorney for Plaintiff,
Robert O. Mcmaster,
Special Administrator
For The Estate Of Tonie Robinson*

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed WITH PREJUDICE, each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 28th day of February, 2022.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

22747129.1:10640-0209    -3-    Case No. 2:17-cv-01491-RFB-PAL
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

1  Respectfully submitted by:

2  DATED this _____ day of January, 2022.

3  WOOD, SMITH, HENNING & BERMAN LLP

4

5  _____

6  Brooke A. Bohlke
   Nevada Bar No. 9374

7  bbohlke@wshblaw.com
   Analise N. M. Tilton

8  Nevada Bar No. 13185
   atilton@wshblaw.com

9  Wood, Smith, Henning & Berman LLP
   7674 West Lake Mead Boulevard, Suite 150

10 Las Vegas, Nevada 89128-6644

11
   Attorneys for Defendant,
12 MV Transportation, Inc.